**Exhibit D – U.S. Patent No. 8,139,878 ("the '878 Patent")**

| Claim 1 | MSI Accused Instrumentality |
|---|---|
| **1 [pre]**. A transmitting apparatus which transmits multiplexed data which is obtained by multiplexing coded audio data and coded picture data, said transmitting apparatus comprising: | Each Accused MSI Instrumentality is a transmitting apparatus which transmits multiplexed data which is obtained by multiplexing coded audio data and coded picture data.<br><br>The '878 patent Accused Instrumentalities include MSI camera products (including, e.g., under the Avigilon, Avigilon Alta, IndigoVision, Motorola Solutions, and Pelco brands) that capture audio and video and incorporate H.264 codecs that encode MPEG-2 and MPEG-4 video, e.g., using "variable length coding" (CAVLC) in accordance with the H.264 standard, and multiplexing as claimed.<br><br>By way of example only, the IndigoVision BX420 is an exemplary accused instrumentality.  The product specification indicates that the camera captures audio and video and incorporates H.264 codecs.  The BX420 transmits multiplexed data which is obtained by multiplexing coded audio data and coded picture data.<br><br> |

1

| Claim 1 | MSI Accused Instrumentality |
|---|---|
|  | By way of further example, the Avigilon H5A Camera Line are exemplary accused instrumentalities. The product specification indicates that the cameras capture audio and video and incorporate H.264 codecs. They transmit multiplexed data which is obtained by multiplexing coded audio data and coded picture data.<br><br> |

| Claim 1 | MSI Accused Instrumentality |
|---|---|
|  | By way of further example, Pelco Spectra® Enhanced 7 Series cameras are exemplary accused instrumentalities.  The product specification indicates that the cameras capture audio and video and incorporate H.264 codecs.  They transmit multiplexed data which is obtained by multiplexing coded audio data and coded picture data.<br><br> |

3

| Claim 1 | MSI Accused Instrumentality |
|---|---|
| | <br><br>https://media.pelco.com/wp-content/uploads/2020/06/22125949/C5005S_Spectra_Enhanced-7_Spec_4K_061920.pdf |

| 1[a]<br><br>an audio processing unit configured to code audio data to obtain coded audio data; | Each Accused MSI Instrumentality includes an audio processing unit configured to code audio data to obtain coded audio data.<br><br>By way of example only, the IndigoVision BX420 is an exemplary accused instrumentality.  The BX420 captures audio and includes an audio processing unit configured to code audio data to obtain coded audio data, as illustrated in its specification sheet.<br><br><br><br>By way further example only, the Avigilon H5A Camera Line are exemplary accused instrumentalities.  The H5A cameras capture audio and include an audio processing unit configured to code audio data to obtain coded audio data, as illustrated in its specification sheet.<br><br><br><br>By way further example only, the Pelco Spectra® Enhanced 7 Series cameras are exemplary accused instrumentalities.  The Pelco Spectra® Enhanced 7 Series cameras capture audio and include an audio processing unit configured to code audio data to obtain coded audio data, as illustrated in its specification sheet.<br><br> |

5

| Claim 1 | MSI Accused Instrumentality |
|---|---|
| **1[b]**<br><br>a picture coding unit configured to code picture data to obtain coded picture data; and | Each Accused MSI Instrumentality includes a picture coding unit configured to code picture data to obtain coded picture data.  The Accused Instrumentalities employ an H.264 Encoder that encodes video using "variable length coding" (CAVLC) in accordance with the H.264 specification, available at https://www.itu.int/rec/T-REC-H.264-201610-S ("H.264"), and as further explained and illustrated in a leading treatise on the H.264 standard, The H.264 Advanced Video Compression Standard, 2nd Edition, Iain E. Richardson, ISBN: 978-0-470-51692-8 ("AVC").  While the H.264 Standard document, including excerpts cited herein, is directed toward decoding, as an H.264 compliant encoder generates an H.264 compliant bitstream that can be decoded in accordance with the Standard. For example, an H.264 encoder that employs CAVLC must generate each encoded block of coefficients so as to mirror the decoding of CAVLC encoded blocks specified in the H.264 Standard.<br><br>Each Accused Instrumentality includes H.264 compliant encoders.  A processor that encodes a video bitstream conforming to H.264 comprises a picture coding unit configured to code picture data to obtain coded picture data.<br><br>0.2    Purpose<br><br>This clause does not form an integral part of this Recommendation \| International Standard.<br><br>This Recommendation \| International Standard was developed in response to the growing need for higher compression of moving pictures for various applications such as videoconferencing, digital storage media, television broadcasting, internet streaming, and communication. It is also designed to enable the use of the coded video representation in a flexible manner for a wide variety of network environments. The use of this Recommendation \| International Standard allows motion video to be manipulated as a form of computer data and to be stored on various storage media, transmitted and received over existing and future networks and distributed on existing and future broadcasting channels.<br><br><div align="center">H.264 at 1.</div><br>An exemplary H.264 hardware decoder is illustrated below; it encodes picture data to obtain coded picture data ("NAL"): |

| Claim 1 | MSI Accused Instrumentality |
|---|---|
| |  By way of example only, the IndigoVision BX420 is an exemplary accused instrumentality. The BX420 employs coding hardware configured to code the picture data in accordance with H.264 coding standards.<br><br>By way further example only, the Avigilon H5A Camera Line are exemplary accused instrumentalities. The H5A cameras employ coding hardware configured to code the picture data in accordance with H.264 coding standards. |

| Claim 1 | MSI Accused Instrumentality |
|---|---|
| | By way of further example, Pelco Spectra® Enhanced 7 Series cameras are exemplary accused instrumentalities. The Pelco Spectra® Enhanced 7 Series cameras employ coding hardware configured to code the picture data in accordance with H.264 coding standards.<br><br> |
| **1[c]**<br><br>a multiplexing unit configured to multiplex the coded audio data and the coded picture data to obtain multiplexed data, | Each Accused MSI Instrumentality includes a multiplexing unit configured to multiplex the coded audio data and the coded picture data to obtain multiplexed data. By way of example, the Accused Instrumentalities multiplex audio and picture data into a single stream.<br><br>For illustrative purposes, the Accused Instrumentalities employ the approach described and illustrated in AVC using "variable length coding" (CAVLC) for video in accordance with the H.264 specification and multiplexing the video data with the audio data to obtain multiplexed data. |

| Claim 1 | MSI Accused Instrumentality |
|---|---|
| | Figure 8.32   ISO Media File<br><br>of H.264 (section 8.4.1) has been designed with efficient packetisation in mind, since each NAL unit can be placed in its own RTP packet.<br><br>*8.4.3   File formats*<br><br>It is common for single compressed video sequences to be stored in files, simply by mapping the encoded stream to a sequence of bytes in a file. However, storing and playing back combined audio-visual data requires a more sophisticated file structure, especially when, for example, the stored data is to be streamed across a network or when the file is required to store multiple audio-visual objects. The H.264 File Format is designed to store H.264 Video data. It is derived from the ISO Base Media File Format which in turn is based on Apple Computer's QuickTime format.<br>　　In the ISO Media File Format, a coded stream such as an H.264 video sequence or an audio stream is stored as a **track**, representing a sequence of coded data items or **samples**, e.g. a coded VOP or coded slice, with time stamps (Figure 8.32). The file formats deal with issues such as synchronisation between tracks, random access indices and carriage of the file on a network transport mechanism.<br><br>AVC at 247.<br><br>By way of example only, an Avigilon H5A Camera Line was configured to capture audio and video, consistent with product documentation, instructions, and on-screen menus.  As illustrated in the web interface for an H5A camera, the camera employs H.264 format: |

9

| Claim 1 | MSI Accused Instrumentality |
|---|---|
| | <br><br>Also as depicted above, the camera provides an RTSP stream.  Related documentation explains how to access a live stream using RTSP: |

| Claim 1 | MSI Accused Instrumentality |
|---|---|
| | https://assets.avigilon.com/file_library/pdf/web-ui/avigilon-h4-and-h5-web-interface-user-guide-en-v19.pdf<br><br>The H5A RTSP output stream multiplexed the audio and video streams together, as confirmed by capturing and analyzing the camera's output stream.  For example, the ffmpg tool (https://www.ffmpeg.org/ffmpeg.html) was used to copy the camera's output to disk for analysis, saving that stream with no additional encoding.  The resulting .mkv file contains 2 elementary streams, 1 audio stream and 1 video stream, multiplexed together, as shown, e.g., in the media information screen in the VLC media viewer (https://images.videolan.org/vlc/). |

| Claim 1 | MSI Accused Instrumentality |
|---|---|
| |  |

| 1[d] | Each Accused MSI Instrumentality includes said picture coding unit includes a block coding unit configured to code a block image to obtain coded block data, the block image being obtained by dividing a picture signal into plural blocks, generating a residual block image from the block image of the respective blocks and a predictive block image obtained by intra-picture prediction or inter-picture prediction, and coding, on a block basis, coefficients obtained by performing orthogonal transformation and quantization on the residual block image in accordance with the H.264 specification. |
|---|---|
| wherein said picture coding unit includes a block coding unit configured to code a block image to obtain coded block data, the block image being obtained by dividing a picture signal into plural blocks, generating a residual block image from the block image of the respective blocks and a predictive block image obtained by intra-picture prediction or inter-picture prediction, and coding, on a block basis, coefficients obtained by performing orthogonal transformation and quantization on the residual block image, | H.264 encoders operate on a macroblock, consisting of a 16x16 block of luma samples and two corresponding blocks of chroma samples. |

**0.6.3  Picture partitioning into macroblocks and smaller partitions**

This clause does not form an integral part of this Recommendation | International Standard.

As in previous video coding Recommendations and International Standards, a macroblock, consisting of a 16x16 block of luma samples and two corresponding blocks of chroma samples, is used as the basic processing unit of the video decoding process.

A macroblock can be further partitioned for inter prediction. The selection of the size of inter prediction partitions is a result of a trade-off between the coding gain provided by using motion compensation with smaller blocks and the quantity of data needed to represent the data for motion compensation. In this Recommendation | International Standard the inter prediction process can form segmentations for motion representation as small as 4x4 luma samples in size, using motion vector accuracy of one-quarter of the luma sample grid spacing displacement. The process for inter prediction of a sample block can also involve the selection of the picture to be used as the reference picture from a number of stored previously-decoded pictures. Motion vectors are encoded differentially with respect to predicted values formed from nearby encoded motion vectors.

Typically, the encoder calculates appropriate motion vectors and other data elements represented in the video data stream. This motion estimation process in the encoder and the selection of whether to use inter prediction for the representation of each region of the video content is not specified in this Recommendation | International Standard.

H.264 at 5.

Encoding algorithms may select between inter- and intra-coding for block-shaped regions of each picture. Regardless of the selection of inter- or intra-coding, the residual block is further compressed using a transform to remove spatial correlation inside the transform block before it is quantized.

| Claim 1 | MSI Accused Instrumentality |
|---|---|
| | H.264 is based on the use of a block-based transform method for spatial redundancy removal.  The resulting residual block is split into 4x4 blocks.  These are converted into the transform domain where they are quantized.<br><br>**0.6.1    Predictive coding**<br><br>This clause does not form an integral part of this Recommendation \| International Standard.<br><br>Because of the conflicting requirements of random access and highly efficient compression, two main coding types are specified. Intra coding is done without reference to other pictures. Intra coding may provide access points to the coded sequence where decoding can begin and continue correctly, but typically also shows only moderate compression efficiency. Inter coding (predictive or bi-predictive) is more efficient using inter prediction of each block of sample values from some previously decoded picture selected by the encoder. In contrast to some other video coding standards, pictures coded using bi-predictive inter prediction may also be used as references for inter coding of other pictures.<br><br>H.264 at 4.<br><br>**0.6.4    Spatial redundancy reduction**<br><br>This clause does not form an integral part of this Recommendation \| International Standard.<br><br>Both source pictures and prediction residuals have high spatial redundancy. This Recommendation \| International Standard is based on the use of a block-based transform method for spatial redundancy removal. After inter prediction from previously-decoded samples in other pictures or spatial-based prediction from previously-decoded samples within the current picture, the resulting prediction residual is split into 4x4 blocks. These are converted into the transform domain where they are quantised. After quantisation many of the transform coefficients are zero or have low amplitude and can thus be represented with a small amount of encoded data. The processes of transformation and quantisation in the encoder are not specified in this Recommendation \| International Standard.<br><br>H.264 at 5.<br><br>H.264 specifies an *entropy_coding_mode* flag that dictates the entropy encoding algorithm to employ to encode video.  When this flag is set to "0" residual block data is coded using a CAVLC scheme.  Bitstreams conforming to the Baseline profile have their *entropy_coding_mode* flag set to "0" and only support CAVLC entropy encoding.  Bitstreams conforming to the Main and High profiles can have their *entropy_coding_mode* flag set to "0" or "1" and can either support CAVLC or CABAC entropy encoding. |

14

| Claim 1 | MSI Accused Instrumentality |
|---|---|
| |  |

**7.4.2.2   Picture parameter set RBSP semantics**

**pic_parameter_set_id** identifies the picture parameter set that is referred to in the slice header. The value of pic_parameter_set_id shall be in the range of 0 to 255, inclusive.

**seq_parameter_set_id** refers to the active sequence parameter set. The value of seq_parameter_set_id shall be in the range of 0 to 31, inclusive.

**entropy_coding_mode_flag** selects the entropy decoding method to be applied for the syntax elements for which two descriptors appear in the syntax tables as follows:

– If entropy_coding_mode_flag is equal to 0, the method specified by the left descriptor in the syntax table is applied (Exp-Golomb coded, see clause 9.1 or CAVLC, see clause 9.2).

– Otherwise (entropy_coding_mode_flag is equal to 1), the method specified by the right descriptor in the syntax table is applied (CABAC, see clause 9.3).

H.264 at 80-81.

By way of example only, the IndigoVision BX420 is an exemplary accused instrumentality, which includes support for the H.264 baseline profile.  An exemplary BX420 was configured in accordance with product documentation, instructions, and on-screen menus to encode using H.264:

15

| Claim 1 | MSI Accused Instrumentality |
|---|---|
| | Analysis of the resulting BX420 output confirmed that the camera coded the video using the H.264 CAVLC scheme:<br><br> |

| | |
|---|---|
| **1[e]**<br><br>wherein said block coding unit includes:<br><br>a coefficient number coding unit configured to code a total number of non-zero coefficients included in a current block to be coded, each of the non-zero coefficients being a coefficient having a level value other than "0", | In each Accused MSI Instrumentality, the block coding unit includes a coefficient number coding unit configured to code a total number of non-zero coefficients included in a current block to be coded, each of the non-zero coefficients being a coefficient having a level value other than "0."<br><br>When the *entropy_coding_mode* flag is set to "0", residual block data is coded by the coefficient number coding unit using a CAVLC scheme. When encoding a block using CAVLC entropy coding conforming to H.264, the total number of non-zero coefficients included in a current block is coded. An H.264 encoder determines *TotalCoeff*, which is the number of non-zero coefficients of a block. *TotalCoeff* is coded within the codeword *coeff_token*. The function *TotalCoeff( coeff_token )* returns the number of non-zero transform coefficient levels derived from *coeff_token*.<br><br>**7.4.5.3.2 Residual block CAVLC semantics**<br><br>The function TotalCoeff( coeff_token ) that is used in clause 7.3.5.3.2 returns the number of non-zero transform coefficient levels derived from coeff_token.<br><br>The function TrailingOnes( coeff_token ) that is used in clause 7.3.5.3.2 returns the trailing ones derived from coeff_token.<br><br>**coeff_token** specifies the total number of non-zero transform coefficient levels and the number of trailing one transform coefficient levels in a transform coefficient level scan. A trailing one transform coefficient level is one of up to three consecutive non-zero transform coefficient levels having an absolute value equal to 1 at the end of a scan of non-zero transform coefficient levels. The range of coeff_token is specified in clause 9.2.1.<br><br>H.264 at 109.<br><br>**9.2    CAVLC parsing process for transform coefficient levels**<br><br>This process is invoked for the parsing of syntax elements with descriptor equal to ce(v) in clause 7.3.5.3.2 when entropy_coding_mode_flag is equal to 0.<br><br>Inputs to this process are bits from slice data, a maximum number of non-zero transform coefficient levels maxNumCoeff, the luma block index luma4x4BlkIdx or the chroma block index chroma4x4BlkIdx, cb4x4BlkIdx or cr4x4BlkIdx of the current block of transform coefficient levels.<br><br>Output of this process is the list coeffLevel containing transform coefficient levels of the luma block with block index luma4x4BlkIdx or the chroma block with block index chroma4x4BlkIdx, cb4x4BlkIdx or cr4x4BlkIdx.<br><br>The process is specified in the following ordered steps:<br><br>1.    All transform coefficient level values coeffLevel[ i ], with indices i ranging from 0 to maxNumCoeff − 1, in the list coeffLevel are set equal to 0.<br><br>2.    The total number of non-zero transform coefficient levels TotalCoeff( coeff_token ) and the number of trailing one transform coefficient levels TrailingOnes( coeff_token ) are derived by parsing coeff_token as specified in clause 9.2.1.<br><br>H.264 at 213. |

17

| Claim 1 | MSI Accused Instrumentality |
|---|---|
| | **9.2.1    Parsing process for total number of non-zero transform coefficient levels and number of trailing ones**<br><br>Inputs to this process are bits from slice data, a maximum number of non-zero transform coefficient levels maxNumCoeff, the luma block index luma4x4BlkIdx or the chroma block index chroma4x4BlkIdx, cb4x4BlkIdx or cr4x4BlkIdx of the current block of transform coefficient levels.<br><br>Outputs of this process are TotalCoeff( coeff_token ), TrailingOnes( coeff_token ), and the variable nC.<br><br><div align="center">H.264 at 213.</div> |
| **1[f]**<br><br>wherein said coefficient number coding unit includes:<br><br>**1[f][1]**<br><br>a determining unit configured to determine a predictive value for the total number of non-zero coefficients included in the current block based on a total number of non-zero coefficients included in a coded block located on a periphery of the current block; | In each Accused MSI Instrumentality, the coefficient number coding unit includes the three units identified in this limitation.<br><br>In each Accused MSI Instrumentality, the coefficient number coding unit includes a determining unit configured to determine a predictive value for the total number of non-zero coefficients included in the current block based on a total number of non-zero coefficients included in a coded block located on a periphery of the current block.<br><br>CAVLC is a context-adaptive variable length coding technique; the number of non-zero coefficients in neighboring blocks is correlated as part of the entropy coding process.  A predictive value ($nC$) is determined that is used to select one of six encoding tables to use for encoding *coeff_token* for the current 4x4 block to be coded.  The choice of table depends on the number of non-zero coefficients calculated for the previously coded left block ($nA$) and upper block ($nB$).<br><br>**9.2.1    Parsing process for total number of non-zero transform coefficient levels and number of trailing ones**<br><br>Inputs to this process are bits from slice data, a maximum number of non-zero transform coefficient levels maxNumCoeff, the luma block index luma4x4BlkIdx or the chroma block index chroma4x4BlkIdx, cb4x4BlkIdx or cr4x4BlkIdx of the current block of transform coefficient levels.<br><br>Outputs of this process are TotalCoeff( coeff_token ), TrailingOnes( coeff_token ), and the variable nC.<br><br>The syntax element coeff_token is decoded using one of the six VLCs specified in the six right-most columns of Table 9-5. Each VLC specifies both TotalCoeff( coeff_token ) and TrailingOnes( coeff_token ) for a given codeword coeff_token. The selection of the applicable column of Table 9-5 is determined by a variable nC. The value of nC is derived as follows:<br><br>–    If the CAVLC parsing process is invoked for ChromaDCLevel, nC is derived as follows:<br><br>    –    If ChromaArrayType is equal to 1, nC is set equal to −1,<br><br>    –    Otherwise (ChromaArrayType is equal to 2), nC is set equal to −2,<br><br><div align="center">H.264 at 213-214.</div> |

| Claim 1 | MSI Accused Instrumentality |
|---|---|
| | 6. For N being replaced by A and B, when availableFlagN is equal to 1, the variable nN is derived as follows:<br><br>– If any of the following conditions are true, nN is set equal to 0:<br><br>– The macroblock mbAddrN has mb_type equal to P_Skip or B_Skip,<br><br>– The macroblock mbAddrN has mb_type not equal to I_PCM and all AC residual transform coefficient levels of the neighbouring block blkN are equal to 0 due to the corresponding bit of CodedBlockPatternLuma or CodedBlockPatternChroma being equal to 0.<br><br>– Otherwise, if mbAddrN is an I_PCM macroblock, nN is set equal to 16.<br><br>– Otherwise, nN is set equal to the value TotalCoeff( coeff_token ) of the neighbouring block blkN.<br><br>NOTE 1 – The values nA and nB that are derived using TotalCoeff( coeff_token ) do not include the DC transform coefficient levels in Intra_16x16 macroblocks or DC transform coefficient levels in chroma blocks, because these transform coefficient levels are decoded separately. When the block above or to the left belongs to an Intra_16x16 macroblock, nA or nB is the number of decoded non-zero AC transform coefficient levels for the adjacent 4x4 block in the Intra_16x16 macroblock. When the block above or to the left is a chroma block, nA or nB is the number of decoded non-zero AC transform coefficient levels for the adjacent chroma block.<br><br>NOTE 2 – When parsing for Intra16x16DCLevel, CbIntra16x16DCLevel, or CrIntra16x16DCLevel, the values nA and nB are based on the number of non-zero transform coefficient levels in adjacent 4x4 blocks and not on the number of non-zero DC transform coefficient levels in adjacent 16x16 blocks.<br><br>7. The variable nC is derived as follows:<br><br>– If availableFlagA is equal to 1 and availableFlagB is equal to 1, the variable nC is set equal to $( nA + nB + 1 ) >> 1$.<br><br>– Otherwise, if availableFlagA is equal to 1 (and availableFlagB is equal to 0), the variable nC is set equal to nA.<br><br>– Otherwise, if availableFlagB is equal to 1 (and availableFlagA is equal to 0), the variable nC is set equal to nB.<br><br>– Otherwise (availableFlagA is equal to 0 and availableFlagB is equal to 0), the variable nC is set equal to 0.<br><br>H.264 at 214-215. |

| Claim 1 | MSI Accused Instrumentality |
|---|---|
| **1[f][2]**<br><br>a selecting unit configured to select a variable length code table based on the determined predictive value; and | In each Accused MSI Instrumentality, the coefficient number coding unit includes a selecting unit configured to select a variable length code table based on the determined predictive value.<br><br>A variable length code table is selected based on the determined predictive value ($nC$) for coding the current block.<br><br>9.2.1    **Parsing process for total number of non-zero transform coefficient levels and number of trailing ones**<br><br>Inputs to this process are bits from slice data, a maximum number of non-zero transform coefficient levels maxNumCoeff, the luma block index luma4x4BlkIdx or the chroma block index chroma4x4BlkIdx, cb4x4BlkIdx or cr4x4BlkIdx of the current block of transform coefficient levels.<br><br>Outputs of this process are TotalCoeff( coeff_token ), TrailingOnes( coeff_token ), and the variable nC.<br><br>The syntax element coeff_token is decoded using one of the six VLCs specified in the six right-most columns of Table 9-5. Each VLC specifies both TotalCoeff( coeff_token ) and TrailingOnes( coeff_token ) for a given codeword coeff_token. The selection of the applicable column of Table 9-5 is determined by a variable nC. The value of nC is derived as follows:<br><br>– If the CAVLC parsing process is invoked for ChromaDCLevel, nC is derived as follows:<br><br>– If ChromaArrayType is equal to 1, nC is set equal to −1,<br><br>– Otherwise (ChromaArrayType is equal to 2), nC is set equal to −2,<br><br>H.264 at 213-214. |
| **1[f][3]**<br><br>a variable length coding unit configured to perform variable length coding on the total number of non-zero coefficients included in the current block, by using the selected variable length code table. | In each Accused MSI Instrumentality, the coefficient number coding unit includes a variable length coding unit configured to perform variable length coding on the total number of non-zero coefficients included in the current block, by using the selected variable length code table.<br><br>The total number of non-zero coefficients included in the current block is coded by using the selected variable length code table set forth in the H.264 Standard.  Variable length coding of TotalCoeff is performed using the variable length coding tables of the H.264 standard. As indicated above, variable length codeword *coeff_token* encodes *TotalCoeff*, the number of non-zero coefficients included in the coded block; *coeff_token* is encoded as shown below in Table 9-5. |

| Claim 1 | MSI Accused Instrumentality |
|---|---|
| | <br><br>**Table 9-5 – coeff_token mapping to TotalCoeff( coeff_token ) and TrailingOnes( coeff_token )**<br><br>

| TrailingOnes ( coeff_token ) | TotalCoeff ( coeff_token ) | 0 <= nC < 2 | 2 <= nC < 4 | 4 <= nC < 8 | 8 <= nC | nC == −1 | nC == −2 |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 1 | 11 | 1111 | 0000 11 | 01 | 1 |
| 0 | 1 | 0001 01 | 0010 11 | 0011 11 | 0000 00 | 0001 11 | 0001 111 |
| 1 | 1 | 01 | 10 | 1110 | 0000 01 | 1 | 01 |
| 0 | 2 | 0000 0111 | 0001 11 | 0010 11 | 0001 00 | 0001 00 | 0001 110 |
| 1 | 2 | 0001 00 | 0011 1 | 0111 1 | 0001 01 | 0001 10 | 0001 101 |
| 2 | 2 | 001 | 011 | 1101 | 0001 10 | 001 | 001 |
| 0 | 3 | 0000 0011 1 | 0000 111 | 0010 00 | 0010 00 | 0000 11 | 0000 0011 1 |
| 1 | 3 | 0000 0110 | 0010 10 | 0110 0 | 0010 01 | 0000 011 | 0001 100 |
| 2 | 3 | 0000 101 | 0010 01 | 0111 0 | 0010 10 | 0000 010 | 0001 011 |
| 3 | 3 | 0001 1 | 0101 | 1100 | 0010 11 | 0001 01 | 0000 1 |
| 0 | 4 | 0000 0001 11 | 0000 0111 | 0001 111 | 0011 00 | 0000 10 | 0000 0011 0 |
| 1 | 4 | 0000 0011 0 | 0001 10 | 0101 0 | 0011 01 | 0000 0011 | 0000 0010 1 |
| 2 | 4 | 0000 0101 | 0001 01 | 0101 1 | 0011 10 | 0000 0010 | 0001 010 |
| 3 | 4 | 0000 11 | 0100 | 1011 | 0011 11 | 0000 000 | 0000 01 |

H.264 at 215-217 (excerpted). |

21