**Exhibit E – U.S. Patent No. 7,970,059 ("the '059 Patent")**

| Claim 3 | MSI Accused Instrumentalities |
|---|---|
| **3 [pre]**<br><br>A decoding method comprising: | Each Accused MSI Instrumentality performs a decoding method in accordance with the claim; each incorporates H.264 and audio codecs that decode video in accordance with the H.264 Standard requirements and decode audio that was multiplexed with video.<br><br>The '059 Accused Instrumentalities include MSI video processing appliances, decoders, recorders (NVRs), servers, VMS, and workstation products, including those marketed under the Avigilon, Avigilon Alta, IndigoVision, and Pelco brands, which receive multiplexed data from, e.g., security camera and related devices, and perform decoding (e.g., for playback or analysis) of MPEG-2 and MPEG-4 video that was encoded using the "arithmetic coding" (CABAC) approach specified in the H.264 Standard and multiplexed with audio data.  The H.264 Standard is available at https://www.itu.int/rec/T-REC-H.264-201610-S ("H.264") "), and is further explained and illustrated in a leading treatise on the H.264 standard, The H.264 Advanced Video Compression Standard, 2nd Edition, Iain E. Richardson, ISBN: 978-0-470-51692-8 ("AVC").<br><br>By way of example only, the Avigilon Video Appliance (VMA-AS3-8P) is an exemplary accused instrumentality, which integrates video management software and a client workstation that provides playback, live streaming, and local viewing of, e.g., security camera data, including support for video encoded in accordance with the H.264 Standard and audio.  Avigilon documentation describes that Avigilon Control Center™ (ACC) "software is pre-installed and configured on Avigilon HD Video Appliances, Network Video Recorders (NVRs), NVR Workstations, ACC ES Recorders, ACC ES Analytics Appliances, ACC ES 8-Port Appliances and the H4ES camera line."  *See* Avigilon Control Center™ 7 Software Datasheet (rev. 10), at https://d8eqw8u9b6kgn.cloudfront.net/file_library/pdf/acc7/ACC_7.14.6_Datasheet-rev10.pdf. |

| Claim 3 | MSI Accused Instrumentalities |
| --- | --- |
| |  https://d8eqw8u9b6kgn.cloudfront.net/file_library/pdf/hd-video-appliances/avigilon-hdva3-8p-16p-24p-datasheet-en.pdf |

2

| Claim 3 | MSI Accused Instrumentalities |
|---|---|
|  | https://d8eqw8u9b6kgn.cloudfront.net/file_library/pdf/acc7/ACC_7.14.6_Datasheet-rev10.pdf<br><br>By way of additional example only, the Pelco VideoXpert Shared Display is an exemplary accused instrumentality, which integrates video management software and a client workstation that provides playback, live streaming, and local viewing of, e.g., security camera data, including support for video encoded in accordance with the H.264 Standard and audio.  The corresponding data sheet specifies that the device includes an Intel® Core™ i7-10700T processor. |

| Claim 3 | MSI Accused Instrumentalities |
|---|---|
| | <br>https://www.pelco.com/fs/images/C5025S-B_VxE_SharedDisplay_SpecSheet_090920.pdf<br><br>Such processors include dedicated media processing capabilities. "The video encoding and decoding process uses video coding formats such as MPEG-4 Advanced Video Coding (MPEG-4 AVC/H.264), High-Efficiency Video Coding (HEVC/H.265) , VP8, and many more that adhere to standard specifications."  *See* Encode and Decode Capabilities for 7th Generation Intel® Core™ Processors and Newer, *at* https://www.intel.com/content/www/us/en/developer/articles/technical/encode-and-decode-capabilities-for-7th-generation-intel-core-processors-and-newer.html. |

4

| Claim 3 | MSI Accused Instrumentalities |
|---|---|
| | **Essentials**<br><br>Product Collection — 10th Generation Intel® Core™ i7 Processors<br>Code Name — Products formerly Comet Lake<br>Vertical Segment — Desktop<br>Processor Number — i7-10700T<br><br>**GPU Specifications**<br><br>GPU Name‡ — Intel® UHD Graphics 630<br><br>https://www.intel.com/content/www/us/en/products/sku/199314/intel-core-i710700t-processor-16m-cache-up-to-4-50-ghz/specifications.html<br><br>

Table within the cell:

| Processor Graphics | JPEG | MJPEG | MPEG-2 (H.262) | MPEG-4 AVC[1] (H.264) 8-bit 4K |
|---|---|---|---|---|
| 10th Generation Intel® Core™ Processors | | | | |
| Intel® Iris® Plus Graphics | Yes | Yes | Yes | Yes |
| Intel® UHD Graphics | Yes | Yes | Yes | Yes |

https://www.intel.com/content/www/us/en/developer/articles/technical/encode-and-decode-capabilities-for-7th-generation-intel-core-processors-and-newer.html

By way of additional example only, the IndigoVision Large Enterprise NVR-AS is an exemplary accused instrumentality, which can "[s]imultaneously record and playback full frame rate, full resolution video streams from any connected IndigoVision IP Camera or Encoder. Record and playback from other devices including ONVIF Profile S conformant cameras and encoders as well as devices integrated via Camera Gateway," and support for, e.g., H.264 video and AAC/G.711 audio.  Playback of such video streams implicates decoding of streams.

5

| Claim 3 | MSI Accused Instrumentalities |
|---|---|
| | <br><br>https://docs.avigilon.com/bundle/iv-enterprise-nvr-as-4000-datasheet/resource/iv-enterprise-nvr-as-4000-datasheet.pdf |

| Claim 3 | MSI Accused Instrumentalities |
|---|---|
| **3[a]**<br><br>receiving multiplexed data obtained by multiplexing (i) coded picture data that is obtained by coding a moving picture and (ii) audio data that is obtained by coding an audio signal; | Each Accused MSI Instrumentality receives multiplexed data obtained by multiplexing (i) coded picture data that is obtained by coding a moving picture and (ii) audio data that is obtained by coding an audio signal.  Each Accused Instrumentality receives and allows live viewing and/or playback of media encoded in accordance with the H.264 Standard, and which includes multiplexed audio data as part of the stream or file.<br><br>The Accused Instrumentalities employ software or optimized hardware to receive multiplexed coded audio data and coded picture data.<br><br>H.264 carries audio and video multiplexed in a single stream.  Encoders multiplex the audio and pictures into a single stream, so that decoders receive the complete video presentation including sound.  Decoders decode the stream to recreate the video.<br><br>As illustrated in AVC, media encoded in accordance with the H.264 specification combines the video data with the audio data to produce multiplexed data. |

| Claim 3 | MSI Accused Instrumentalities |
|---|---|
| | <br><br>AVC at 247.<br><br>Most media content is not in an "elementary" stream format, but is a combination of both video and audio "muxed" together into a single file via a container format. It must be demuxed to a video elementary stream for the video portion to be decoded (and the audio portion decoded separately). |

| Claim 3 | MSI Accused Instrumentalities |
|---|---|
| **3[b]**<br><br>demultiplexing the multiplexed data received in said receiving into the coded picture data and the audio data; | Each Accused MSI Instrumentality demultiplexes the multiplexed data into the coded picture data and the audio data. Each Accused Instrumentality allows live viewing and/or playback of media encoded in accordance with the H.264 Standard, which includes multiplexed audio data as part of the stream or file.<br><br>H.264 carries audio and video multiplexed in a single stream. The H.264 Standard is directed to only the picture portion of video, so devices that decode must demultiplex audio and picture data in order to obtain the H.264 picture data. Encoders multiplex the audio and pictures into a single stream, so that decoders receive the complete video presentation including sound. Decoders decode the stream to recreate the video for, e.g., viewing.<br><br>Playback of streams or media files indicates decoding, and demultiplexing the multiplexed data received in said receiving into the coded picture data and the audio data.<br><br>**KEY FEATURES**<br>Preloaded and configured with ACC Video Management Software<br>High performance of up to 400 Mbps (16 and 24 port) and 200 Mbps (8 port) of total throughput – simultaneous recording, playback, and live streaming<br>Up to 24TB of recording capacity with the 1U rack mount appliances and 8TB of recording capacity with the 8-port model<br><br>https://d8eqw8u9b6kgn.cloudfront.net/file_library/pdf/hd-video-appliances/avigilon-hdva3-8p-16p-24p-datasheet-en.pdf<br><br>**Control Center Licensed Features**<br>The availability of the following NVR features varies based on the Control Center software product the NVR is connected to**<br><br>Licensing — IndigoVision NVR appliances do not need a separate license. Video from any connected camera or encoder to the system can be recorded<br>Video — Simultaneously record and playback full frame rate, full resolution video streams from any connected IndigoVision IP Camera or Encoder. Record and playback from other devices including ONVIF Profile S conformant cameras and encoders as well as devices integrated via Camera Gateway™<br>Audio — Recording and playback of AAC, G.711 and Opus audio<br>Thumbnails — Indexed recordings for rapid display of time-based, alarm-based or motion-based thumbnails<br>Alarms — Recording and logging of alarms and events<br>Bookmarks — Recording and logging of bookmarks in association with recordings<br>Integrated Data — Recording and logging of millions of data records from LPR, EPOS and other integrations<br>Analytics — Recording and playback of motion analysis data from cameras*<br>Redundancy and Failover — Full DNA support, sophisticated failover and mirroring strategies amongst multiple NVRs for increased resilience and redundancy<br>Digital Watermarking — Digital signing at point of recording and at export<br>Edge Storage Retrieval — SD card retrieval from ONVIF Profile G devices*<br>NVR Footage Retrieval — Footage retrieval from IndigoVision NVRs<br><br>https://docs.avigilon.com/bundle/iv-enterprise-nvr-as-4000-datasheet/resource/iv-enterprise-nvr-as-4000-datasheet.pdf |

| Claim 3 | MSI Accused Instrumentalities |
|---|---|
| **3[c]**<br><br>decoding the coded picture data into a first bit of binary data corresponding to each absolute value of coefficients of a two-dimensional array of frequency components, on a block basis, according to a predetermined scanning order starting at a high frequency component toward a low frequency component by using a plurality of probability tables, the coefficients being generated by frequency transformation performed on picture data of a block which has a predetermined size of pixels; | Each Accused MSI Instrumentality includes an arithmetic decoding unit configured to decode picture data that is coded in accordance with the H.264 Standard's "CABAC" approach.  The Accused Instrumentalities decode the coded picture data into a first bit of binary data corresponding to each absolute value of coefficients of a two-dimensional array of frequency components, on a block basis, according to a predetermined scanning order starting at a high frequency component toward a low frequency component by using a plurality of probability tables, the coefficients being generated by frequency transformation performed on picture data of a block which has a predetermined size of pixels.<br><br>The process of H.264 decoding is illustrated in the following diagram:<br><br><br>AVC at 85.<br><br>The format of a coded H.264 bitstream is illustrated in the following diagram. Blocks of coded coefficients are contained within the "Residual" section of the Macroblock coded syntax: |



Figure 5.1   Syntax overview

AVC at 100.

An H.264 compliant decoder uses one of two entropy decoders (CAVLC and CABAC) to extract from a coded bitstream binary data that correspond to quantized coefficients representing frequency components of a block of luma and chroma pixels generated with a frequency transform process by an encoder and ordered in ascending frequency order.  The CABAC entropy decoder is signaled by the "*entropy_coding_mode_flag*" set to 1, as shown by the following extract from the H.264 syntax:

11

| Claim 3 | MSI Accused Instrumentalities |
|---|---|
| |

H.264 at 60.

The H.264 CABAC decoder decodes the CABAC bitstream according to a predetermined scanning order starting at a high frequency component toward a low frequency component. The integer transform specified in the H.264 standard and implemented in each of the Accused Instrumentalities converts between residual values in a spatial domain and transform coefficients in a frequency domain and vice versa. The H.264 integer transform is specified for certain pre-determined sizes of pixel blocks, namely 4x4 and 8x8 blocks.  *See, e.g.*, H.264 Standard, § 8.5.

The image below shows the pattern for decoding/encoding of a 4x4 block. This scanning order indexes the sixteen coefficients in a zig-zag, beginning or ending (see below) at the top left coefficient 0 and ending or beginning at the lower right coefficient 15. In a 4x4 block of coefficients created by applying an orthogonal transform such as the H.264 integer transform, coefficient 0 is the lowest frequency component and coefficient 15 is the highest frequency component.

H.264 at 179-180. |

| Claim 3 | MSI Accused Instrumentalities |
|---|---|
| | The H.264 CABAC entropy decoder scans the binary data representing quantized coefficients of a block in reverse frequency order from highest frequency component to lowest frequency component. This is shown in the Residual block CABAC syntax. *numCoeff* is a count of the number of non-zero coefficients. In the block, first the highest frequency non-zero coefficient is encoded as coeff_abs_level_minus1[numCoeff-1], then any remaining non-zero coefficients are encoded in a loop that begins "for (i = numCoeff-2; i>=startidx; i--)". The suffix -- confirms that coefficients are encoded in a reverse order, according to the scan order above. <br><br> <br> H.264 at 62. |

| Claim 3 | MSI Accused Instrumentalities |
|---|---|
| | **9.3    CABAC parsing process for slice data**<br><br>This process is invoked when parsing syntax elements with descriptor ae(v) in clauses 7.3.4 and 7.3.5 when entropy_coding_mode_flag is equal to 1.<br><br>Inputs to this process are a request for a value of a syntax element and values of prior parsed syntax elements.<br><br>Output of this process is the value of the syntax element.<br><br>When starting the parsing of the slice data of a slice in clause 7.3.4, the initialisation process of the CABAC parsing process is invoked as specified in clause 9.3.1.<br><br><div align="center">H.264 at 222.</div><br>The H.264 CABAC entropy decoder decodes the data on a block basis by using a plurality of probability tables. The decoder is initialized at the beginning of each picture slice.  This process comprises initialization of context variables and initialization of the arithmetic decoding engine.  Initialization of the context variables produces context model tables that are accessed by index "ctxIdx."  The CABAC decoding engine applies a specific table to decode each bin of an H.264 syntax element, e.g., a residuals block.<br><br>H.264 Figure 9-1 shows how a CABAC decoding engine conforming to the standard processes a syntax element (SE) to be decoded. The binarization for the syntax element is obtained (a bin string comprising a series of binary digits or bins). For each bin position, a context index is obtained (Get ctxIdx(binIdx)). The bin is decoded by binary arithmetic decoding, using the context model (probability table) specified by ctxIdx. |

14

| Claim 3 | MSI Accused Instrumentalities |
|---|---|
| | <br>Figure 9-1 – Illustration of CABAC parsing process for a syntax element SE (informative)<br><br>H.264 at 224.<br><br>The method of binary arithmetic decoding specified in H.264 uses a plurality of probability tables, each comprising a context model.  Each context model (probability table) stores two values; a probability state index, *pStateIdx* and the value of the Most Probable Symbol. Specific groups of context models (probability tables) are assigned in H.264 for use with each type of H.264 syntax element. Each |

| Claim 3 | MSI Accused Instrumentalities |
|---|---|
| | probability table (context model) is initialized at the beginning of a decoded slice, based on the quantization parameter for the current slice, $SliceQP_Y$. |

Tables 9-12 to 9-33 contain the values of the variables n and m used in the initialization of context variables that are assigned to all syntax elements in clauses 7.3.4 and 7.3.5 except for the end-of-slice flag.

For each context variable, the two variables pStateIdx and valMPS are initialized.

NOTE 1 – The variable pStateIdx corresponds to a probability state index and the variable valMPS corresponds to the value of the most probable symbol as further described in clause 9.3.3.2.

The two values assigned to pStateIdx and valMPS for the initialization are derived from $SliceQP_Y$, which is derived in Equation 7-30. Given the two table entries ( m, n ), the initialization is specified by the following pseudo-code process:

$$preCtxState = Clip3( 1, 126, ( ( m * Clip3( 0, 51, SliceQP_Y ) ) >> 4 ) + n )$$
```
if( preCtxState <= 63 ) {
    pStateIdx = 63 − preCtxState
    valMPS = 0                                                    (9-5)
} else {
    pStateIdx = preCtxState − 64
    valMPS = 1
}
```

In Table 9-11, the ctxIdx for which initialization is needed for each of the slice types are listed. Also listed is the table number that includes the values of m and n needed for the initialization. For P, SP and B slice type, the initialization depends also on the value of the cabac_init_idc syntax element. Note that the syntax element names do not affect the initialization process.

H.264 at 225.

$$Clip3( x, y, z ) = \begin{cases} x & ; & z < x \\ y & ; & z > y \\ z & ; & \text{otherwise} \end{cases}$$

H.264 at 17.

**slice_qp_delta** specifies the initial value of $QP_Y$ to be used for all the macroblocks in the slice until modified by the value of mb_qp_delta in the macroblock layer. The initial $QP_Y$ quantisation parameter for the slice is computed as

$$SliceQP_Y = 26 + pic\_init\_qp\_minus26 + slice\_qp\_delta \qquad (7-30)$$

H.264 at 90.

| Claim 3 | MSI Accused Instrumentalities |
|---------|-------------------------------|
| | The possible values of the context index ctxIdx are in the range 0 to 1023, inclusive. The value assigned to ctxIdxOffset specifies the lower value of the range of ctxIdx assigned to the corresponding binarization or binarization part of a syntax element.<br><br><div align="center">H.264 at 248.</div><br>Residual blocks in categories 0-4 are assigned a group of tables starting at table ctxIdx_227. LumaLevel8x8 blocks (category 5) are assigned a group of tables starting at table ctxIdx_426, etc. The context model index *ctxIdx* is obtained for each bin as the sum of *ctxIdxOffset* and ctxIdxInc.<br><br>**Table 9-34 – Syntax elements and associated types of binarization, maxBinIdxCtx, and ctxIdxOffset**<br><br><table><tr><th>Syntax element</th><th>Type of binarization</th><th>maxBinIdxCtx</th><th>ctxIdxOffset</th></tr><tr><td>coeff_abs_level_minus1 (blocks with ctxBlockCat < 5)</td><td>prefix and suffix as given by UEG0 with signedValFlag=0, uCoff=14</td><td>prefix: 1 suffix: na</td><td>prefix: 227 suffix: na, (uses DecodeBypass)</td></tr><tr><td>coeff_abs_level_minus1 (blocks with ctxBlockCat == 5)</td><td>prefix and suffix as given by UEG0 with signedValFlag=0, uCoff=14</td><td>prefix: 1 suffix: na</td><td>prefix: 426 suffix: na, (uses DecodeBypass)</td></tr><tr><td>coeff_abs_level_minus1 (blocks with 5 < ctxBlockCat < 9)</td><td>prefix and suffix as given by UEG0 with signedValFlag=0, uCoff=14</td><td>prefix: 1 suffix: na</td><td>prefix: 952 suffix: na, (uses DecodeBypass)</td></tr><tr><td>coeff_abs_level_minus1 (blocks with ctxBlockCat == 9)</td><td>prefix and suffix as given by UEG0 with signedValFlag=0, uCoff=14</td><td>prefix: 1 suffix: na</td><td>prefix: 708 suffix: na, (uses DecodeBypass)</td></tr><tr><td>coeff_abs_level_minus1 (blocks with 9 < ctxBlockCat < 13)</td><td>prefix and suffix as given by UEG0 with signedValFlag=0, uCoff=14</td><td>prefix: 1 suffix: na</td><td>prefix: 982 suffix: na, (uses DecodeBypass)</td></tr><tr><td>coeff_abs_level_minus1 (blocks with ctxBlockCat == 13)</td><td>prefix and suffix as given by UEG0 with signedValFlag=0, uCoff=14</td><td>prefix: 1 suffix: na</td><td>prefix: 766 suffix: na, (uses DecodeBypass)</td></tr></table><br><div align="center">H.264 at 248-251 (excerpts); *see also* Table 9-42 (showing the residual block categories).</div> |

17

| 3[d]<br><br>switching between the plurality of probability tables, from a current probability table for the first bit of the binary data corresponding to a first coefficient to be decoded, to a new probability table for the first bit of the binary data corresponding to a second coefficient to be decoded, based on a result of a comparison between an absolute value of the first coefficient to be decoded and a predetermined threshold value; and | Each Accused MSI Instrumentality includes an arithmetic decoding unit configured to switch between the plurality of probability tables accordance with the H.264 Standard's "CABAC" approach.  The Accused Instrumentalities switch between the plurality of probability tables, from a current probability table for the first bit of the binary data corresponding to a first coefficient to be decoded, to a new probability table for the first bit of the binary data corresponding to a second coefficient to be decoded, based on a result of a comparison between an absolute value of the first coefficient to be decoded and a predetermined threshold value.<br><br>The H.264 CABAC entropy decoder computes index ctxIdx to access the probability table for decoding a first bit of binary data (bin 0 or b0). The first bit of binary data (b0) corresponds to a first coefficient to be decoded.  The H.264 CABAC entropy decoder computes another index ctxIdx to access the table for decoding the first bit (b0) corresponding to a second coefficient to be decoded. Index ctxIdx is specified to be the sum of two fixed terms: ctxIdxOffset and ctxIdxBlockCatOffset(ctxBlockCat) mandated in Table 9-40, plus a variable ctxIdxInc to effect the switching mandated by Eq. 9-23 in clause 9.3.3.1.3 of the H.264 Standard.<br><br>  &ndash;  Otherwise (ctxIdxOffset is not listed in Table 9-39), the ctxIdx is specified to be the sum of the following terms: ctxIdxOffset and ctxIdxBlockCatOffset(ctxBlockCat) as specified in Table 9-40 and ctxIdxInc(ctxBlockCat). Clause 9.3.3.1.3 specifies which ctxBlockCat is used. Clause 9.3.3.1.1.9 specifies the assignment of ctxIdxInc(ctxBlockCat) for coded_block_flag, and clause 9.3.3.1.3 specifies the assignment of ctxIdxInc(ctxBlockCat) for significant_coeff_flag, last_significant_coeff_flag, and coeff_abs_level_minus1.<br><br>H.264 at 256.<br><br><br><br>H.264 at 224 (Fig. 9-1 excerpted). |

| Claim 3 | MSI Accused Instrumentalities |
|---|---|
| | As mandated by Eq. 9-23 of the H.264 standard., i.e., the context increment index ctxIdxInc is incremented by 1 as long as the absolute value of the corresponding decoded coefficient is 1 and the number of previous decoded single bit coefficients is less than 4.  (Note: a bin0 value of 0 corresponds to a coefficient absolute value of 1 and a bin0 value of 1 corresponds to a coefficient absolute value >1 according to the UkG0 binarization scheme for residual blocks mandated by clause 9.3.2.3 of the H.264 standard.) <br><br> Let numDecodAbsLevelEq1 denote the accumulated number of decoded transform coefficient levels with absolute value equal to 1, and let numDecodAbsLevelGt1 denote the accumulated number of decoded transform coefficient levels with absolute value greater than 1. Both numbers are related to the same transform coefficient block, where the current decoding process takes place. Then, for decoding of coeff_abs_level_minus1, ctxIdxInc for coeff_abs_level_minus1 is specified depending on binIdx as follows: <br><br> &ndash; If binIdx is equal to 0, ctxIdxInc is derived by <br><br> $$ctxIdxInc = ( ( numDecodAbsLevelGt1 \mathrel{!=} 0 ) ? 0: Min( 4, 1 + numDecodAbsLevelEq1 ) ) \qquad (9\text{-}23)$$ <br><br> &ndash; Otherwise (binIdx is greater than 0), ctxIdxInc is derived by <br><br> $$ctxIdxInc = 5 + Min( 4 - ( ( ctxBlockCat == 3 ) ? 1 : 0 ), numDecodAbsLevelGt1 ) \qquad (9\text{-}24)$$ <br><br> H.264 at 269. |
| **3[e]** <br><br> decoding audio data, | Each Accused MSI Instrumentality decodes audio data. <br><br> By way of example, exemplary specification sheets reference audio playback, and/or support for audio decompression standards such as AAC and G.711. |

| Claim 3 | MSI Accused Instrumentalities |
|---|---|
| | <br>https://docs.avigilon.com/bundle/iv-enterprise-nvr-as-4000-datasheet/resource/iv-enterprise-nvr-as-4000-datasheet.pdf<br><br>https://d8eqw8u9b6kgn.cloudfront.net/file_library/pdf/acc7/ACC_7.14.6_Datasheet-rev10.pdf |

| | |
|---|---|
| **3[f]**<br><br>wherein, in said switching, the switching between the plurality of probability tables (i) is performed in a predetermined one direction within each block such that each of the probability tables, which has been used for performing arithmetic decoding on the first bit of the binary data corresponding to an already decoded coefficient before switching to the new probability table, is not used within each block after switching to the new probability table, and (ii) is not performed in the direction opposite to the predetermined one direction regardless of the result of the comparison, | Each Accused MSI Instrumentality includes an arithmetic decoding unit configured to switch between the plurality of probability tables accordance with the H.264 Standard's "CABAC" approach.  The switching between the plurality of probability tables (i) is performed in a predetermined one direction within each block such that each of the probability tables, which has been used for performing arithmetic decoding on the first bit of the binary data corresponding to an already decoded coefficient before switching to the new probability table, is not used within each block after switching to the new probability table, and (ii) is not performed in the direction opposite to the predetermined one direction regardless of the result of the comparison.<br><br>An H.264 decoder comprises a switching unit that switches between a plurality of probability tables when decoding the first bin of coeff_abs_level_minus1 in a block. The switching between tables is governed by H.264 equation 9-23 and the plurality of probability tables for the first bin of coeff_abs_level_minus1 indexed by ctxIdxInc = 1, 2, 3, 4 or 0. The index increment ctxIdxInc is always set to 1 for decoding of the first bin of the first decoded non-zero coefficient in a block. For each subsequent non-zero coefficient in a block, when decoding the first bin, the selection of ctxIdxInc and therefore the switching between probability tables, always occurs in a predetermined path or direction. |

Let numDecodAbsLevelEq1 denote the accumulated number of decoded transform coefficient levels with absolute value equal to 1, and let numDecodAbsLevelGt1 denote the accumulated number of decoded transform coefficient levels with absolute value greater than 1. Both numbers are related to the same transform coefficient block, where the current decoding process takes place. Then, for decoding of coeff_abs_level_minus1, ctxIdxInc for coeff_abs_level_minus1 is specified depending on binIdx as follows:

– If binIdx is equal to 0, ctxIdxInc is derived by

$$ctxIdxInc = ( ( \,numDecodAbsLevelGt1 \; != \; 0 \,) \; ? \; 0 : Min( \, 4, 1 + numDecodAbsLevelEq1 \,) \,) \qquad (9\text{-}23)$$

– Otherwise (binIdx is greater than 0), ctxIdxInc is derived by

$$ctxIdxInc = 5 + Min( \, 4 - ( ( \, ctxBlockCat \; == \; 3 \,) \; ? \; 1 \; : \; 0 \,), numDecodAbsLevelGt1 \,) \qquad (9\text{-}24)$$

H.264 at 269.

Equation 9-23 mandates that no switching between the plurality of tables is performed when the table corresponding to index 4 has been used to decode a coefficient with absolute value 1 and the first bin of the next coefficient with absolute value of 1 is received., i.e., the table corresponding to index 4 will be used for decoding additional trailing ones after the fourth trailing one is decoded.  As an additional

21

| Claim 3 | MSI Accused Instrumentalities |
|---|---|
| | example, after decoding a coefficient with an absolute value greater than 1, the left half of the equation requires that the table corresponding to index 0 will be used and no switching will occur<br><br>Equation 9-23 specifies that at no point within each block may the direction of ctxIdxInc switching change. |
| **3[g]**<br><br>wherein, within each block, if a predetermined one of the plurality of probability tables has been used to perform arithmetic decoding, in said switching, the switching between the plurality of probability tables is not performed regardless of the result of the comparison, | Each Accused MSI Instrumentality includes an arithmetic decoding unit configured to switch between the plurality of probability tables accordance with the H.264 Standard's "CABAC" approach. During switching, within each block, if a predetermined one of the plurality of probability tables has been used to perform arithmetic decoding, in said switching, the switching between the plurality of probability tables is not performed regardless of the result of the comparison.<br><br>Let numDecodAbsLevelEq1 denote the accumulated number of decoded transform coefficient levels with absolute value equal to 1, and let numDecodAbsLevelGt1 denote the accumulated number of decoded transform coefficient levels with absolute value greater than 1. Both numbers are related to the same transform coefficient block, where the current decoding process takes place. Then, for decoding of coeff_abs_level_minus1, ctxIdxInc for coeff_abs_level_minus1 is specified depending on binIdx as follows:<br><br>– If binIdx is equal to 0, ctxIdxInc is derived by<br><br>$$ctxIdxInc = (\,(\,numDecodAbsLevelGt1\; !=\; 0\,)\,?\,0:\,Min(\,4,\,1 + numDecodAbsLevelEq1\,)\,)\qquad (9\text{-}23)$$<br><br>– Otherwise (binIdx is greater than 0), ctxIdxInc is derived by<br><br>$$ctxIdxInc = 5 + Min(\,4 - (\,(\,ctxBlockCat\; ==\; 3\,)\;?\;1\;:\;0\,),\,numDecodAbsLevelGt1\,)\qquad (9\text{-}24)$$<br><br>H.264 at 269.<br><br>Equation 9-23 mandates that no switching between the plurality of tables is performed when the table corresponding to index 4 has been used to decode a coefficient with absolute value 1 and the first bin of the next coefficient with absolute value of 1 is received., i.e., the table corresponding to index 4 will be used for decoding additional trailing ones after the fourth trailing one is decoded. As an additional example, after decoding a coefficient with an absolute value greater than 1, the left half of the equation requires that the table corresponding to index 0 will be used and no switching will occur. |

| Claim 3 | MSI Accused Instrumentalities |
|---|---|
| **3[h]**<br><br>wherein the coded picture data and the audio data are coded by an arithmetic coding apparatus, | Each Accused MSI Instrumentality performs decoding where the coded picture data and the audio data are coded by an arithmetic coding apparatus. In the context of H.264, CABAC stands for Context Adaptive Binary Arithmetic Coding.<br><br>The Accused Instrumentalities decode data (e.g., media files or media streams) that include H.264 CABAC data (i.e., coded picture data) that is multiplexed with a coded audio signal (audio data coded to the digital format). As an example, the H.264 File Format includes coded audio data multiplexed with coded picture data.<br><br><br><br>**Figure 8.32**  ISO Media File<br><br>of H.264 (section 8.4.1) has been designed with efficient packetisation in mind, since each NAL unit can be placed in its own RTP packet.<br><br>**8.4.3  File formats**<br><br>It is common for single compressed video sequences to be stored in files, simply by mapping the encoded stream to a sequence of bytes in a file. However, storing and playing back combined audio-visual data requires a more sophisticated file structure, especially when, for example, the stored data is to be streamed across a network or when the file is required to store multiple audio-visual objects. The H.264 File Format is designed to store H.264 Video data. It is derived from the ISO Base Media File Format which in turn is based on Apple Computer's QuickTime format.<br>　In the ISO Media File Format, a coded stream such as an H.264 video sequence or an audio stream is stored as a **track**, representing a sequence of coded data items or **samples**, e.g. a coded VOP or coded slice, with time stamps (Figure 8.32). The file formats deal with issues such as synchronisation between tracks, random access indices and carriage of the file on a network transport mechanism.<br><br>AVC at 247.<br><br>The arithmetic coding apparatus performs arithmetic coding on the picture data. Audio data is encoded accordingly by the coding apparatus. To that end, received multiplexed data by an H.264 compliant |

23

| Claim 3 | MSI Accused Instrumentalities |
|---|---|
|  | device, i.e., coded picture data and audio picture data, is generated by an H.264 compliant encoder by multiplexing (i) coded picture data obtained by coding a moving picture according to an arithmetic coding process and (ii) audio data obtained by coding an audio signal using an audio encoding process, such as AAC.<br><br>In particular, video residual data syntax elements, e.g., a 4x4 block, is encoded by a Binary Arithmetic Coder after undergoing a step of Binarization in order to reduce the alphabet size of the syntax element to encode.  An illustrative CABAC block coding diagram is provided in, e.g., D Marpe, H Schwartz and T Weigand, "Context-Based Adaptive Binary Arithmetic Coding in the H.264/AVC Video Compression Standard", IEEE Trans. Circuits and Systems for Video Technology, July 2003, p.622, *available at* http://iphome.hhi.de/wiegand/assets/pdfs/csvt_cabac_0305.pdf ("CABAC Paper"):<br><br>Fig. 1.   CABAC encoder block diagram.<br><br>The CABAC Paper's authors explain: |

| Claim 3 | MSI Accused Instrumentalities |
|---|---|
| | To fulfill both requirements we introduce the important "pre-processing" step of first reducing the alphabet size of the syntax elements to encode. Alphabet reduction in CABAC is performed by the application of a binarization scheme to each non-binary syntax element resulting in a unique intermediate binary codeword for a given syntax element, called a bin string. The advantages of this ap- |
| **3[i]**<br><br>wherein the arithmetic coding apparatus includes:<br><br>**3[i][1]**<br><br>a coefficients scanning unit configured to scan coefficients of frequency components, which are generated by frequency transformation performed on the picture data of a block which has a predetermined size of pixels, in a predetermined scanning order starting at a high frequency component | Each Accused MSI Instrumentality decodes picture data encoded by an arithmetic coding apparatus that includes a coefficients scanning unit configured to scan coefficients of frequency components, which are generated by frequency transformation performed on the picture data of a block which has a predetermined size of pixels, in a predetermined scanning order starting at a high frequency component toward a low frequency component.<br><br>The Accused Instrumentalities are configured to decode picture data encoded by an H.264 CABAC compliant encoder. Consistent with H.264, an H.264 encoder includes the claimed scanning unit.<br><br><br><br>Fig. 1. CABAC encoder block diagram.<br><br>CABAC Paper Fig. 1. |

| Claim 3 | MSI Accused Instrumentalities |
|---|---|
| toward a low frequency component; | A Binarizer first constructs a one-dimensional list of transform coefficients (e.g., levels) from the two-dimensional array of syntax elements representing coefficients of frequency components of a block that were generated by frequency transform operations on the picture data of a block (e.g., a 4x4 block).  As discussed in element 3[c] above, H.264 specifies the following zig-zag order for a 4x4 block, with coefficient 0 representing the lowest frequency and coefficient 15 representing the highest frequency.<br><br><br>H.264 at 179-180.<br><br><br>CABAC Paper at 629.<br><br>The H.264 Standard specifies that the binary data representing quantized coefficients of each block must be scanned in a reverse frequency order from the highest to the lowest frequency component, i.e. from coefficient 15 to coefficient 0. (§ 7.3.5.3.3 Residual block CABAC syntax.) An H.264 encoder must |

| Claim 3 | MSI Accused Instrumentalities |
|---|---|
| | produce a bitstream that matches the syntax and is decodable according to the H.264 Standard. Therefore an H.264 encoder operating in CABAC mode must scan the quantized coefficients of each block in a predetermined scanning order starting at a high frequency component toward a low frequency component. |
| **3[i][2]**<br><br>a converting unit configured to convert each absolute value of the coefficients into binary data; | Each Accused MSI Instrumentality decodes picture data encoded by an arithmetic coding apparatus that includes a converting unit configured to convert each absolute value of the coefficients into binary data.<br><br>To encode picture data, and H.264 encoder includes a Binarizer that converts each absolute value of non-zero level residual data coefficient into a bin string, i.e., binary data, according to the UEG0 binarization scheme mandated by paragraph 9.3.2.3 of the H.264 standard.<br><br>As required by the H.264 standard, an H.264 encoder includes a Binarizer:<br><br><br><br>CABAC Paper Fig. 1.<br><br>In accordance with H.264, for each non-zero coefficient value or level, a magnitude value coeff_abs_level_minus1 is binarized and encoded: |

| Claim 3 | MSI Accused Instrumentalities |
|---|---|
|  | *Level Information*: The encoded significance map determines the locations of all significant coefficients inside a block of quantized transform coefficients. The values of the significant coefficients (levels) are encoded by using two coding symbols: coeff_abs_level_minus1 (representing the absolute value of the level minus 1), and coeff_sign_flag (representing the sign of levels). While coeff_sign_flag is a one-bit symbol (with values of 1 for negative coefficients), the UEG0 binarization scheme, as depicted in Table I is used for encoding the values of coeff_abs_level_minus1. The levels are transmitted in reverse scanning order (beginning with the last significant coefficient of the block) allowing the usage of reasonably adjusted context models, as described in the next paragraph.<br><br>CABAC Paper at 629-630.<br><br><br><br>CABAC Paper at 624. |

28

| 3[i][3]<br><br>an arithmetic coding unit configured to perform arithmetic coding on a first bit of the binary data corresponding to each absolute value of the coefficients according to the predetermined scanning order by using a plurality of probability tables; | Each Accused MSI Instrumentality decodes picture data encoded by an arithmetic coding apparatus that includes an arithmetic coding unit configured to perform arithmetic coding on a first bit of the binary data corresponding to each absolute value of the coefficients according to the predetermined scanning order by using a plurality of probability tables.<br><br>To encode H.264 CABAC picture data, a CABAC entropy encoder (e.g., the Binary Arithmetic Coder shown below) performs arithmetic coding on the first bit of each binarized significant coefficient of a block using a set of Context Tables containing variable pairs that represent a probability state index and the value of the Most Probable Symbol.  Context tables are probability tables.  Context Tables are generated at the beginning of each picture slice as mandated by § 9.3.1.1 of the H.264 Standard for all possible syntax elements.<br><br><br><br>CABAC Paper Fig. 1.<br><br>The "first bin (with bin index 0)" (i.e., a first bit of binary data) is used. |

29

| Claim 3 | MSI Accused Instrumentalities |
|---------|-------------------------------|
|  | *Level Information*: The encoded significance map determines the locations of all significant coefficients inside a block of quantized transform coefficients. The values of the significant coefficients (levels) are encoded by using two coding symbols: coeff_abs_level_minus1 (representing the absolute value of the level minus 1), and coeff_sign_flag (representing the sign of levels). While coeff_sign_flag is a one-bit symbol (with values of 1 for negative coefficients), the UEG0 binarization scheme, as depicted in Table I is used for encoding the values of coeff_abs_level_minus1. The levels are transmitted in reverse scanning order (beginning with the last significant coefficient of the block) allowing the usage of reasonably adjusted context models, as described in the next paragraph.<br><br>CABAC Paper at 629-630.<br><br>The coding is done according to the predetermined scanning order, "the number of previously transmitted nonzero levels within the reverse scanning path":<br><br>*B.  Coding of Residual Data*<br><br>*1) Characteristic Features:*  For the coding of residual data within the H.264/AVC standard specifically designed syntax elements are used in CABAC entropy coding mode. These elements and their related coding scheme are characterized by the following distinct features.<br>• A one-bit symbol coded_block_flag and a binary-valued significance map are used to indicate the occurrence and the location of nonzero transform coefficients in a given block.<br>• Non-zero levels are encoded in reverse scanning order.<br>• Context models for coding of nonzero transform coefficients are chosen based on the number of previously transmitted nonzero levels within the reverse scanning path.<br><br>CABAC Paper at 629. |

| | |
|---|---|
| **3[i][4]**<br><br>a switching unit configured to switch between the plurality of probability tables, from a current probability table for the first bit of the binary data corresponding to a first coefficient to be coded, to a new probability table for the first bit of the binary data corresponding to a second coefficient to be coded, based on a result of a comparison between an absolute value of the first coefficient to be coded and a predetermined threshold value; and | Each Accused MSI Instrumentality decodes picture data encoded by an arithmetic coding apparatus that includes a switching unit configured to switch between the plurality of probability tables, from a current probability table for the first bit of the binary data corresponding to a first coefficient to be coded, to a new probability table for the first bit of the binary data corresponding to a second coefficient to be coded, based on a result of a comparison between an absolute value of the first coefficient to be coded and a predetermined threshold value.<br><br>A video encoder configured to produce a bitstream that conforms to the H.264 Standard, when encoding in CABAC mode, calculates context model index ctxIdx for the encoding of each bin, in accordance with the specification of the Standard. ctxIdxInc for the first bin of coeff_abs_level_minus1 (i.e. the first bit of binary data corresponding to any non-zero coefficient to be coded) is be calculated according to H.264 Equation 9-23 in section 9.3.3.1.3 of H.264 (which is discussed in additional detail above).<br><br>The Context Modeler updates the context model for coding the first bit of the coefficient to be coded based on a comparison between bin0 of the coefficient to be coded and a predetermined threshold as mandated by Equation 9-23, i.e., the context increment index is incremented by 1 as long as the absolute value of coefficient to be coded is a 1 and the previous coded coefficient was not greater than 1.<br><br><br><br>CABAC Paper Fig. 1. |

| Claim 3 | MSI Accused Instrumentalities |
|---|---|
| | Let numDecodAbsLevelEq1 denote the accumulated number of decoded transform coefficient levels with absolute value equal to 1, and let numDecodAbsLevelGt1 denote the accumulated number of decoded transform coefficient levels with absolute value greater than 1. Both numbers are related to the same transform coefficient block, where the current decoding process takes place. Then, for decoding of coeff_abs_level_minus1, ctxIdxInc for coeff_abs_level_minus1 is specified depending on binIdx as follows: <br><br> – If binIdx is equal to 0, ctxIdxInc is derived by <br><br> $$ctxIdxInc = ( ( \text{numDecodAbsLevelGt1} \mathrel{!=} 0 ) ? 0 : Min( 4, 1 + \text{numDecodAbsLevelEq1} ) ) \qquad (9\text{-}23)$$ <br><br> – Otherwise (binIdx is greater than 0), ctxIdxInc is derived by <br><br> $$ctxIdxInc = 5 + Min( 4 - ( ( \text{ctxBlockCat} == 3 ) ? 1 : 0 ), \text{numDecodAbsLevelGt1} ) \qquad (9\text{-}24)$$ <br><br> <div align="center">H.264 at 269.</div> |
| **3[i][5]** <br><br> an audio coding unit configured to code an audio signal, | Each Accused MSI Instrumentality decodes picture data encoded by an arithmetic coding apparatus that includes an audio coding unit configured to code an audio signal. <br><br> Audio data is coded using an audio coding process such as AAC or G.711. H.264 carries audio and video multiplexed in a single stream. The H.264 Standard is directed to only the picture portion of video, so devices containing H.264 encoders and decoders must demultiplex audio and picture data in order to obtain the H.264 picture data. Encoders multiplex the audio and pictures into a single stream, so that decoders can receive the complete video presentation including sound. |

| Claim 3 | MSI Accused Instrumentalities |
|---|---|
| **3[j]**<br><br>wherein said switching unit is configured (i) to switch between the plurality of probability tables in a predetermined one direction within each block such that each of the probability tables, which has been used for performing arithmetic coding on the first bit of the binary data corresponding to an already coded coefficient before switching to the new probability table, is not used within each block after switching to the new probability table, and (ii) not to switch between the plurality of probability tables in the direction opposite to the predetermined one direction regardless of the result of the comparison, and | Each Accused MSI Instrumentality decodes picture data encoded by an arithmetic coding apparatus that is configured (i) to switch between the plurality of probability tables in a predetermined one direction within each block such that each of the probability tables, which has been used for performing arithmetic coding on the first bit of the binary data corresponding to an already coded coefficient before switching to the new probability table, is not used within each block after switching to the new probability table, and (ii) not to switch between the plurality of probability tables in the direction opposite to the predetermined one direction regardless of the result of the comparison.<br><br>Any video encoder configured to produce a bitstream that conforms to the H.264 Standard, when encoding in CABAC mode, must calculate context model index ctxIdx for the encoding of each bin, in accordance with the specification of the Standard. More specifically, ctxIdxInc for the first bin of coeff_abs_level_minus1 (i.e. the first bit of binary data corresponding to any non-zero coefficient to be coded) must be calculated according to H.264 Equation 9-23.<br><br>According to Equation 9-23, the Context Modeler: (i) switches between the plurality of tables in a predetermined increasing direction as long as the absolute value of coefficient to be coded is a 1 and the previous coded coefficient was not greater than 1. A table is not used again after switching to another table, and (ii) cannot reverse direction because of the monotonically increasing nature of the right side of Equation 9-23.<br><br>See also discussion of element 3[i][4] above. |

| Claim 3 | MSI Accused Instrumentalities |
|---|---|
| **3[k]**<br><br>wherein, within each block, if a predetermined one of the plurality of probability tables has been used to perform arithmetic coding, said switching unit is configured not to switch between the plurality of probability tables regardless of the result of the comparison. | Each Accused MSI Instrumentality decodes picture data encoded by an arithmetic coding apparatus that is configured such that if a predetermined one of the plurality of probability tables has been used to perform arithmetic coding, said switching unit is configured not to switch between the plurality of probability tables regardless of the result of the comparison.<br><br>Any video encoder configured to produce a bitstream that conforms to the H.264 standard, when encoding in CABAC mode, must calculate context model index ctxIdx for the encoding of each bin, in accordance with the specification of the Standard. More specifically, ctxIdxInc for the first bin of coeff_abs_level_minus1 (i.e. the first bit of binary data corresponding to any non-zero coefficient to be coded) must be calculated according to H.264 Equation 9-23.<br><br>According to Equation 9-23, the Context Modeler will not switch from the table corresponding to index 4 if the absolute value of coefficient to be coded is a 1 and the previous coded coefficient was not greater than 1., i.e., the table corresponding to index 4 will be used for coding additional trailing ones after the fourth trailing one is coded.<br><br>See also discussion of element 3[i][4] above. |