**Exhibit F – U.S. Patent No. 8,208,542 ("the '542 Patent")**

| Claim 1 | MSI Accused Instrumentalities |
|---|---|
| **1 [pre]**<br><br>An integrated circuit comprising: | Each Accused MSI Instrumentality incorporates H.265 encoders that transmit HEVC video in accordance with H.265 standard requirements, and incorporates one or more integrated circuits for doing so.<br><br>The '542 Accused Instrumentalities include MSI camera products (including, e.g., under the Avigilon, Avigilon Alta, IndigoVision, Motorola Solutions, and Pelco brands) that capture audio and video and incorporate H.265 codecs that that transmit HEVC video in accordance with H.265 (HVEC) Standard requirements.<br><br>By way of example only, the Pelco Sarix family of cameras are exemplary accused instrumentalities. The product specification indicates that the camera captures audio and video and incorporates H.265 codecs. The devices transmit multiplexed data which is obtained by multiplexing coded audio data and coded picture data.<br><br> |

| Claim 1 | MSI Accused Instrumentalities |
|---|---|
|  | https://media.pelco.com/wp-content/uploads/2020/10/13092935/C4099S_Sarix-Enhanced-3_IME_Series_Dome_spec_8MP_101320.pdf<br><br>By way of further example, the Avigilon H5A Camera Line of cameras are exemplary accused instrumentalities.  The product specification indicates that the camera captures audio and video and incorporates H.265 codecs.  The devices transmit multiplexed data which is obtained by multiplexing coded audio data and coded picture data. |

| Claim 1 | MSI Accused Instrumentalities |
|---------|-------------------------------|
| | <br><br>https://d8eqw8u9b6kgn.cloudfront.net/file_library/pdf/h5a/avigilon-h5a-camera-line-datasheet-en-rev10.pdf |

3

| Claim 1 | MSI Accused Instrumentalities |
|---|---|
| | Information regarding the H.265 Standard and related coding are found in, e.g., the following sources cited herein:<br>• ITU-T H.265, *Series H: Audiovisual and Multimedia Systems, Infrastructure of Audiovisual Services – Coding of Moving Video, High Efficiency Video Coding*, (08/2021) ("**H.265 Standard**"), *available at* https://www.itu.int/rec/T-REC-H.265-202108-S.<br>• Sze, V., Budagavi, M. (2014) Design and Implementation of Next Generation Video Coding Systems (H.265/HEVC Tutorial) ISCAS Tutorial ("**H.265/HEVC Tutorial**"), *available at* https://eems.mit.edu/wp-content/uploads/2014/06/H.265-HEVC-Tutorial-2014-ISCAS.pdf.<br>• Sze, V., Budagavi, M., Sullivan, G. (Editors), *High Efficiency Video Coding (HEVC): Algorithms and Architectures*, Springer International Publishing (2014) ("**HVEC A&A**").<br><br>While the H.265 Standard document, including excerpts cited herein, is directed toward decoding, an H.265 compliant encoder generates an H.265 compliant bitstream that can be decoded in accordance with the Standard. |
| **1[a]**<br><br>an audio processing unit operable to process audio data; and | Each Accused MSI Instrumentality includes an audio processing unit operable to process audio data.<br><br>By way of example only, the Pelco Sarix family of cameras are exemplary accused instrumentalities. The Sarix devices capture audio and include an audio processing unit operable to process audio data, as illustrated in its specification sheet.<br><br><br><br>https://media.pelco.com/wp-content/uploads/2020/10/13092935/C4099S_Sarix-Enhanced-3_IME_Series_Dome_spec_8MP_101320.pdf<br><br>By way of example only, the H5A family of cameras are exemplary accused instrumentalities. The H5A devices capture audio and include an audio processing unit operable to process audio data, as illustrated in its specification sheet and supporting documentation. |

4

| Claim 1 | MSI Accused Instrumentalities |
|---|---|
| | AUXILIARY I/O — Audio Compression Method: G.711 PCM 8 kHz; Audio Input/Output: Line level input and output; External I/O Terminals: Alarm In, Alarm Out; RS-485 Terminal: Yes, Box camera only<br><br>https://d8eqw8u9b6kgn.cloudfront.net/file_library/pdf/h5a/avigilon-h5a-camera-line-datasheet-en-rev10.pdf<br><br>**Audio**<br><br>Use the settings on the Audio page to adjust the audio quality of the Video Intercom.<br><br>For encoding the audio stream, you can choose from the Opus sound encoder, which produces high-quality sound, or the G.711 protocol sound encoder. Use the Opus encoder if you are using ACC software Release 6.10 or later (or a third-party video management system that supports the Opus protocol). Otherwise use the widely supported G.711 protocol.<br><br>https://d8eqw8u9b6kgn.cloudfront.net/file_library/pdf/web-ui/avigilon-h4-and-h5-web-interface-user-guide-en-v20.pdf |
| **1[b]**<br><br>an image coding unit for dividing a current picture to be coded into blocks, selecting a reference picture from among reference pictures on a block basis, describing information which identifies the selected reference picture, and performing predictive coding onto the block, | Each Accused MSI Instrumentality includes an image coding unit.  The Accused Instrumentalities employ an H.265 Encoder that encodes video in accordance with H.265 (HEVC).  In accordance therewith, the coding unit divides a current picture to be coded into blocks, selecting a reference picture from among reference pictures on a block basis, describing information which identifies the selected reference picture, and performing predictive coding onto the block.<br><br>Encoding video in H.265 (HEVC) includes, as a necessary step, dividing a current picture to be coded into blocks. |

5

| Claim 1 | MSI Accused Instrumentalities |
| --- | --- |
| |

H.265/HEVC Tutorial at 33.

H.265 (HEVC) specifies selecting a reference picture from among reference pictures on a block basis. For example, H.265 (HEVC) uses at least one reference picture per block to perform inter-predictive (e.g., inter picture) coding on the block.

HVEC A&A at 42. |

| Claim 1 | MSI Accused Instrumentalities |
|---|---|
| | H.265/HEVC Tutorial at 17.<br><br>H.265 (HEVC) specifies two reference picture lists, L0 and L1. L0 is used for both predictive (P) slice and bi-predictive (B) slice.  L1 is used only for bi-predictive (B) slice. The selected reference pictures in the reference picture lists L0 and L1 are identified using reference picture indexes ref_idx_l0 and ref_idx_l1, respectively.  HEVC inter-prediction encoding utilizes the reference picture information when performing predictive coding on the blocks. |

7

| Claim 1 | MSI Accused Instrumentalities |
|---|---|
| |

Fig. 2.16  Reference picture list construction example

When a slice header of a P or B slice has been decoded, the decoder sets up reference picture lists for the current slice. There are two reference picture lists, L0 and L1. L0 is used for both P and B slices while L1 is only used for B slices. Figure 2.16 shows a reference picture list example for a picture B$_7$ that uses five reference pictures for prediction.

HVEC A&A at 42.

inter_pred_idc[ x0 ][ y0 ] specifies whether list0, list1, or bi-prediction is used for the current prediction unit according to Table 7-11. The array indices x0, y0 specify the location ( x0, y0 ) of the top-left luma sample of the considered prediction block relative to the top-left luma sample of the picture.

**Table 7-11 – Name association to inter prediction mode**

| inter_pred_idc | Name of inter_pred_idc | |
|---|---|---|
| | ( nPbW + nPbH ) != 12 | ( nPbW + nPbH ) == 12 |
| 0 | PRED_L0 | PRED_L0 |
| 1 | PRED_L1 | PRED_L1 |
| 2 | PRED_BI | na |

When inter_pred_idc[ x0 ][ y0 ] is not present, it is inferred to be equal to PRED_L0.

ref_idx_l0[ x0 ][ y0 ] specifies the list 0 reference picture index for the current prediction unit. The array indices x0, y0 specify the location ( x0, y0 ) of the top-left luma sample of the considered prediction block relative to the top-left luma sample of the picture.

When ref_idx_l0[ x0 ][ y0 ] is not present it is inferred to be equal to 0.

ref_idx_l1[ x0 ][ y0 ] has the same semantics as ref_idx_l0, with l0 and list 0 replaced by l1 and list 1, respectively.

H.265 Standard at 109 (§ 7.4.9.6 Prediction unit semantics). |

| Claim 1 | MSI Accused Instrumentalities |
|---|---|
| **1[c]**<br><br>wherein the image coding unit includes:<br><br>**1[c][1]**<br><br>a judging device to judge if a common reference picture is to be selected or not when coding a plural-block image unit made up of a plurality of blocks; | Each Accused MSI Instrumentality includes an image coding unit. The Accused Instrumentalities employ an H.265 Encoder that encodes video in accordance with H.265 (HEVC). In accordance therewith, the coding unit includes a judging device to judge if a common reference picture is to be selected or not when coding a plural-block image unit made up of a plurality of blocks.<br><br>The H.265 encoder in the Accused Instrumentalities includes logic to judge if a common reference picture is to be selected or not when coding a plural-block image unit made up of a plurality of blocks. The result of this judgment is represented by the setting of the merge_flag in the H.265 encoded bitstream.<br><br>In HEVC, merge mode enables motion data (i.e., prediction direction, reference index and motion vectors) to be inherited from a spatial or temporal (co-located) neighbor. A list of merge candidates are generated from these neighbors. merge_flag is signaled to indicate whether merge is used in a given PU. If merge is used, then merge_idx is signaled to indicate from which candidate the motion data should be inherited. merge_idx is coded with truncated unary, which means that the bins are parsed until a zero bin value is reached or when the number of bins is equal to the cMax, the max allowed number of bins.<br><br>HVEC A&A at 215, 235.<br><br>merge_flag[ x0 ][ y0 ] specifies whether the inter prediction parameters for the current prediction unit are inferred from a neighbouring inter-predicted partition. The array indices x0, y0 specify the location ( x0, y0 ) of the top-left luma sample of the considered prediction block relative to the top-left luma sample of the picture.<br><br>When merge_flag[ x0 ][ y0 ] is not present, it is inferred as follows:<br><br>– If CuPredMode[ x0 ][ y0 ] is equal to MODE_SKIP, merge_flag[ x0 ][ y0 ] is inferred to be equal to 1.<br><br>– Otherwise, merge_flag[ x0 ][ y0 ] is inferred to be equal to 0.<br><br>H.265 Standard at 109 (§ 7.4.9.6 Prediction unit semantics). |

| Claim 1 | MSI Accused Instrumentalities |
|---|---|
| | **7.3.8.6    Prediction unit syntax**<br><br><table><tr><td>prediction_unit( x0, y0, nPbW, nPbH ) {</td><td>Descriptor</td></tr><tr><td>if( cu_skip_flag[ x0 ][ y0 ] ) {</td><td></td></tr><tr><td>if( MaxNumMergeCand > 1 )</td><td></td></tr><tr><td>**merge_idx**[ x0 ][ y0 ]</td><td>ae(v)</td></tr><tr><td>} else { /* MODE_INTER */</td><td></td></tr><tr><td>**merge_flag**[ x0 ][ y0 ]</td><td>ae(v)</td></tr><tr><td>if( merge_flag[ x0 ][ y0 ] ) {</td><td></td></tr><tr><td>if( MaxNumMergeCand > 1 )</td><td></td></tr><tr><td>**merge_idx**[ x0 ][ y0 ]</td><td>ae(v)</td></tr><tr><td>} else {</td><td></td></tr><tr><td>if( slice_type == B )</td><td></td></tr><tr><td>**inter_pred_idc**[ x0 ][ y0 ]</td><td>ae(v)</td></tr><tr><td>if( inter_pred_idc[ x0 ][ y0 ] != PRED_L1 ) {</td><td></td></tr><tr><td>if( num_ref_idx_l0_active_minus1 > 0 )</td><td></td></tr><tr><td>**ref_idx_l0**[ x0 ][ y0 ]</td><td>ae(v)</td></tr><tr><td>mvd_coding( x0, y0, 0 )</td><td></td></tr><tr><td>**mvp_l0_flag**[ x0 ][ y0 ]</td><td>ae(v)</td></tr><tr><td>}</td><td></td></tr><tr><td>if( inter_pred_idc[ x0 ][ y0 ] != PRED_L0 ) {</td><td></td></tr><tr><td>if( num_ref_idx_l1_active_minus1 > 0 )</td><td></td></tr><tr><td>**ref_idx_l1**[ x0 ][ y0 ]</td><td>ae(v)</td></tr><tr><td>if( mvd_l1_zero_flag && inter_pred_idc[ x0 ][ y0 ] == PRED_BI ) {</td><td></td></tr><tr><td>MvdL1[ x0 ][ y0 ][ 0 ] = 0</td><td></td></tr><tr><td>MvdL1[ x0 ][ y0 ][ 1 ] = 0</td><td></td></tr><tr><td>} else</td><td></td></tr><tr><td>mvd_coding( x0, y0, 1 )</td><td></td></tr><tr><td>**mvp_l1_flag**[ x0 ][ y0 ]</td><td>ae(v)</td></tr><tr><td>}</td><td></td></tr><tr><td>}</td><td></td></tr><tr><td>}</td><td></td></tr><tr><td>}</td><td></td></tr></table><br><br>H.265 Standard at 55-56 (§7.3.8.6 Prediction unit syntax). |

| Claim 1 | MSI Accused Instrumentalities |
|---|---|
| | By way of example only, an Avigilon H5A Camera was configured to capture audio and video, consistent with product documentation, instructions, and on-screen menus.  As illustrated in the web interface for an H5A camera, the camera employs H.265 encoding.<br><br><br><br>The encoded bitstream was analyzed, and indicated the presence of the H.265 merge_flag. |

11

| Claim 1 | MSI Accused Instrumentalities |
|---|---|
| | <br><br>By way of example only, a Pelco Camera was configured to capture audio and video, consistent with product documentation, instructions, and on-screen menus.  As illustrated in the web interface for the camera, the camera employs H.265 encoding. |

| **Claim 1** | **MSI Accused Instrumentalities** |
|---|---|
|  | <br><br>The encoded bitstream was analyzed, and indicated the presence of the H.265 merge_flag. |

13

| **Claim 1** | **MSI Accused Instrumentalities** |
|---|---|
| | <br><br>The H.265 encoder in the Accused Instrumentalities (including in the exemplary cameras shown above) include logic to judge if a common reference picture is to be selected or not when coding a plural-block image unit made up of a plurality of blocks.  The result of this judgment is represented by the setting of the merge_flag in the H.265 encoded bitstream. |

| 1[c][2] | Each Accused MSI Instrumentality includes an image coding unit.  The Accused Instrumentalities employ an H.265 encoder that encodes video in accordance with H.265 (HEVC).  In accordance therewith, the coding unit includes a selecting device to select, if it is judged by said judging device that a common reference picture is to be selected, one common reference picture to be commonly referred to, from among plural reference pictures, the common reference picture being only one reference picture that is selected from among the plural reference pictures and is assigned commonly to each of the plurality of blocks of the plural-block image unit. |
|---|---|
| a selecting device to select, if it is judged by said judging device that a common reference picture is to be selected, one common reference picture to be commonly referred to, from among plural reference pictures, the common reference picture being only one reference picture that is selected from among the plural reference pictures and is assigned commonly to each of the plurality of blocks of the plural-block image unit; | The H.265 encoder in the Accused Instrumentalities employs logic that builds a "merge list" of prediction units (PUs) that are spatially adjacent to the current PU. If the encoder judges that the current PU can share a common reference picture with a PU that is on the merge list, then the encoder selects this latter PU's reference picture by generating a merge index (merge_idx) that specifies the PU's position in the merge list.<br><br>In HEVC, merge mode enables motion data (i.e., prediction direction, reference index and motion vectors) to be inherited from a spatial or temporal (co-located) neighbor. A list of merge candidates are generated from these neighbors. merge _flag is signaled to indicate whether merge is used in a given PU. If merge is used, then merge_idx is signaled to indicate from which candidate the motion data should be inherited. merge_idx is coded with truncated unary, which means that the bins are parsed until a zero bin value is reached or when the number of bins is equal to the cMax, the max allowed number of bins.<br><br>HVEC A&A at 235. |

| Claim 1 | MSI Accused Instrumentalities |
|---|---|
| | **7.3.8.6  Prediction unit syntax** |

| | Descriptor |
|---|---|
| prediction_unit( x0, y0, nPbW, nPbH ) { | |
|   if( cu_skip_flag[ x0 ][ y0 ] ) { | |
|     if( MaxNumMergeCand > 1 ) | |
|       **merge_idx**[ x0 ][ y0 ] | ae(v) |
|   } else { /* MODE_INTER */ | |
|     **merge_flag**[ x0 ][ y0 ] | ae(v) |
|     if( merge_flag[ x0 ][ y0 ] ) { | |
|       if( MaxNumMergeCand > 1 ) | |
|         **merge_idx**[ x0 ][ y0 ] | ae(v) |
|     } else { | |
|       if( slice_type == B ) | |
|         **inter_pred_idc**[ x0 ][ y0 ] | ae(v) |
|       if( inter_pred_idc[ x0 ][ y0 ] != PRED_L1 ) { | |
|         if( num_ref_idx_l0_active_minus1 > 0 ) | |
|           **ref_idx_l0**[ x0 ][ y0 ] | ae(v) |
|         mvd_coding( x0, y0, 0 ) | |
|         **mvp_l0_flag**[ x0 ][ y0 ] | ae(v) |
|       } | |
|       if( inter_pred_idc[ x0 ][ y0 ] != PRED_L0 ) { | |
|         if( num_ref_idx_l1_active_minus1 > 0 ) | |
|           **ref_idx_l1**[ x0 ][ y0 ] | ae(v) |
|         if( mvd_l1_zero_flag && inter_pred_idc[ x0 ][ y0 ] == PRED_BI ) { | |
|           MvdL1[ x0 ][ y0 ][ 0 ] = 0 | |
|           MvdL1[ x0 ][ y0 ][ 1 ] = 0 | |
|         } else | |
|           mvd_coding( x0, y0, 1 ) | |
|         **mvp_l1_flag**[ x0 ][ y0 ] | ae(v) |
|       } | |
|     } | |
|   } | |
| } | |

H.265 Standard at 55-56 (§7.3.8.6 Prediction unit syntax).
*See also, e.g.*, § 8.5.3.2.2 Derivation process for luma motion vectors for merge mode.

16

| Claim 1 | MSI Accused Instrumentalities |
|---|---|
| **1[c][3]**<br><br>a common information describing device to describe common information which identifies the selected common reference picture, in a common information area for the plural-block image unit such that reference picture identification information for the selected common reference picture can be omitted for at least one of the plurality of blocks of the plural-block image unit, instead of describing, per block, reference picture identification information which identifies the selected common reference picture; | Each Accused MSI Instrumentality includes an image coding unit.  The Accused Instrumentalities employ an H.265 encoder that encodes video in accordance with H.265 (HEVC).  In accordance therewith, the coding unit includes a common information describing device to describe common information which identifies the selected common reference picture, in a common information area for the plural-block image unit such that reference picture identification information for the selected common reference picture can be omitted for at least one of the plurality of blocks of the plural-block image unit, instead of describing, per block, reference picture identification information which identifies the selected common reference picture.<br><br>The H.265 encoder in the Accused Instrumentalities employs logic that describes the specific reference index (e.g., ref_idx_10, ref_idx_11) referenced by the selected merge candidate in the merge candidate list and is in a common information area.<br><br>**ref_idx_l0**[ x0 ][ y0 ] specifies the list 0 reference picture index for the current prediction unit. The array indices x0, y0 specify the location ( x0, y0 ) of the top-left luma sample of the considered prediction block relative to the top-left luma sample of the picture.<br><br>When ref_idx_l0[ x0 ][ y0 ] is not present it is inferred to be equal to 0.<br><br>**ref_idx_l1**[ x0 ][ y0 ] has the same semantics as ref_idx_l0, with l0 and list 0 replaced by l1 and list 1, respectively.<br><br>**merge_idx**[ x0 ][ y0 ] specifies the merging candidate index of the merging candidate list where x0, y0 specify the location ( x0, y0 ) of the top-left luma sample of the considered prediction block relative to the top-left luma sample of the picture.<br><br>When merge_idx[ x0 ][ y0 ] is not present, it is inferred to be equal to 0.<br><br>H.265 Standard at 109; *see also id.* at 55.<br><br>The H.265 encoder in the Accused Instrumentalities employs logic that describes the specific reference index (e.g., ref_idx_10, ref_idx_11) referenced by the selected merge candidate in the merge candidate list and is in a common information area (e.g., storage used by the encoder). |

| Claim 1 | MSI Accused Instrumentalities |
|---|---|
| | <br><br>HVEC A&A at 345 (Fig. 11.1). |

| Claim 1 | MSI Accused Instrumentalities |
|---|---|
| | When merge is used for a given block (i.e., when the block is marked with a merge_flag), the reference picture identification information for the selected common reference picture can be omitted in place of merge_idx.<br><br>**8.5.1.1  Signaling of Merge Mode**<br><br>In HEVC, merge mode enables motion data (i.e., prediction direction, reference index and motion vectors) to be inherited from a spatial or temporal (co-located) neighbor. A list of merge candidates are generated from these neighbors. merge _flag is signaled to indicate whether merge is used in a given PU. If merge is used, then merge_idx is signaled to indicate from which candidate the motion data should be inherited. merge_idx is coded with truncated unary, which means that the bins are parsed until a zero bin value is reached or when the number of bins is equal to the cMax, the max allowed number of bins.<br><br>HVEC A&A at 235.<br>*See also* H.265 Standard at 55, 149-151. |
| **1[c][4]**<br><br>a predictive image generating device to generate a predictive image of a current block to be coded included in the plural-block image unit, using the selected common reference picture; and | Each Accused MSI Instrumentality includes an image coding unit.  The Accused Instrumentalities employ an H.265 encoder that encodes video in accordance with H.265 (HEVC).  In accordance therewith, the coding unit includes a predictive image generating device to generate a predictive image of a current block to be coded included in the plural-block image unit, using the selected common reference picture.<br><br>The H.265 encoder in the Accused Instrumentalities employs logic that generates, when performing inter-picture coding, a predictive image of a current block to be coded using the selected common reference picture when operating in merge mode. |

| Claim 1 | MSI Accused Instrumentalities |
|---------|-------------------------------|
|         | <br>H.265/HEVC Tutorial at 17.<br><br>HVEC A&A at 51. |

20

| Claim 1 | MSI Accused Instrumentalities |
|---|---|
| **1[c][5]**<br><br>a coding device to code the current block using the predictive image. | Each Accused MSI Instrumentality includes an image coding unit.  The Accused Instrumentalities employ an H.265 encoder that encodes video in accordance with H.265 (HEVC).  In accordance therewith, the coding unit includes a coding device to code the current block using the predictive image.<br><br>The Accused Instrumentalities employ a H.265 encoder that codes the current block using the predictive image. In particular, the current block is coded by entropy coding all the syntax elements, including, for example, the merge_flag, merge_idx, and the transformed and quantized residual (prediction error).<br><br><br><br>H.265/HVEC Tutorial at 18. |

| Claim 1 | MSI Accused Instrumentalities |
|---|---|
| |  H.265/HVEC Tutorial at 48. |